IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:25-CR-00034 (GTS) |
| | ) | |
| v. | ) **Information** | |
| | ) | |
| **CHRISTOPHER MCCARTY,** | ) Violation: | 18 U.S.C. § 876(c) [Mailing a Threatening Communication] |
| | ) | |
| | ) One Count | |
| | ) | |
| Defendant. | ) County of Offense: | Cayuga |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Mailing a Threatening Communication]

On or about May 31, 2023, in Cayuga County in the Northern District of New York, the defendant, **CHRISTOPHER MCCARTY**, knowingly and intentionally deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to another person and containing a threat to injure the person of another, to wit, the defendant mailed a letter though the Postal Service to the Governor of New York threatening to injure and kill Jane Doe #1 and John Doe #1, in violation of Title 18, United States Code, Section 876(c).

Dated: February 4, 2025

CARLA B. FREEDMAN
United States Attorney

By: *(signature)*

Richard Belliss
Assistant United States Attorney
Bar Roll No. 515295